[No. 11843-2-II. Division Two. November 21, 1989.]

FRANK KING, *Respondent*, v. WILLIAM J. BILSLAND,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 82-2-00983-7, David E. Foscue, J., entered February 29, 1988. *Affirmed* by unpublished per curiam opinion.

[No. 11649-9-II. Division Two. November 22, 1989.]

ALEX SHRIBER, *Appellant*, v. BOOTH GARDNER,
*as Governor*, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 86-2-02093-1, Carol A. Fuller, J., entered December 18, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Worswick, JJ.

[No. 12022-4-II. Division Two. November 22, 1989.]

WIEGARDT BROTHERS, INC., *Respondent*, v. UNITED
AIRLINES, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 86-2-00008-1, Herbert E. Wieland, J., entered May 6, 1988. *Affirmed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Worswick, J.